# United States Court of Appeals
## For the First Circuit

---

No. 08-1327

PETER J. LIMONE ET AL.,

Plaintiffs, Appellees,

v.

UNITED STATES OF AMERICA,

Defendant, Appellant.

---

No. 08-1328

EDWARD GRECO,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2009 is corrected as follows:

On p.9, l.19, "Norman Zalkind" should be "Jack I. Zalkind"